RECEIVED
IN LAKE CHARLES, LA

MAY 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:06mg2032-001**<br>**D. of Colo. 06CR00183-REB** |
| V. | : | **JUDGE MINALDI** |
| **TYSON GARRISON** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

An indictment and warrant of arrest (charging document) having been filed in the District of Colorado charging the above named defendant with: being a felon in possession of a firearm and aiding and abetting the theft of a firearm from a federal firearm dealer in violation of 18 U.S.C. § § 922 and 2; and the defendant having (surrendered / been arrested) in the Western District of Louisiana proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. 5, and defendant was informed of the provisions of Fed.R.Cr.P. 20. The government produced the warrant, a certified copy of the warrant, a facsimile of either, or other appropriate form of either, and defendant was provided with a copy. Additionally, defendant:

☐ Was given an identity hearing and found to be the person named in the aforementioned charging document.

☑ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☑ Was informed that he/she had no right to a preliminary examination.

☐ Requested a preliminary examination be held in the prosecuting district.

☐ Was afforded a preliminary examination in accordance with Fed.R.Cr.P. 5.1 and, from the evidence it appears that there is probable cause to believe that an offense has been committed and that the defendant committed it.

[x] Knowingly, competently, and voluntarily waived a detention hearing in this district and reserved his/her right to a detention hearing in the charging district.

[ ] Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district. .

[x] Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P. 40 having been completed.

[ ] Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant, with the Clerk of Court, pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26th day of May, 2006.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE